

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2006

at __ o'clock and 15 min __ M
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | No. 04-10230 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00160-4-SOM |
| V. | |
| JOSEPH PAJARDO, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED** IN PART; REMANDED IN PART.

Filed and entered 01/09/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 31 2006

by: Deputy Clerk