# MEMORANDUM

TO:       Office of the Clerk
              United States District Court for the District of Hawaii

FROM:    Chambers of Hon. M. Margaret McKeown
              United States Court of Appeals for the Ninth Circuit
              401 W. A Street, Suite #2000
              San Diego, CA 92101

DATE:    April 5, 2006

RE:       United States v. Pajardo
              No. 04-10230
              D.C. No. CR-01-00160-4-SOM

              United States v. Barut
              No. 04-10360
              D.C. No. CR-01-00160-7-SOM

[Stamp: RECEIVED CLERK, U.S. DISTRICT COURT APR 25 2006 DISTRICT OF HAWAII]

---

The record in the above-referenced cases are being returned to you. Thank you.

        3 Boxes, containing:
        Clerks Files in 10 Volumes
        Reporter's Transcripts in 83 Volumes
        Sealed Documents in Expanding Folder (83 documents)

cc:       Records Department
              Office of the Clerk
              United States Court of Appeals for the Ninth Circuit
              95 Seventh Street
              San Francisco, CA 94103

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 20, 2005

Honorable Mary M. McKeown
U.S. Court of Appeals
401 West A Street Ste 2000
San Diego, CA 92101

In Re: U.S.A. vs. (04) JOSEPH PAJARDO
Criminal No. CR 01-00160 SOM 04
CA No. 04-10230

Dear Ms. Catterson,
Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
**10 FILES**
Sealed document in expanding folder:
**83 DOCS** - #'s 795, 776, 639, 775, 769, 762, 759, 758, 751, 750, 749, 745, 742, 706, 705, 696, 691, 681, 677, 638, 633, 632, 627, 624, 621, 610, 609, 607, 606, 605, 604, 602, 599, 598, 597, 596, 581, 579, 578, 571, 565, 555, 543, 457, 455, 454, 453, 387, 382, 377, 374, 372, 368, 349, 211, 182, 133, 130, 129, 128, 127, 126, 125, 124, 123, 122, 121, 120, 119, 118, 117, 116, 115, 114, 113, 54, 53, 52, 51, 3-subpoenas & 1 letter from Barut
Reporters transcripts:
**83 TRANSCRIPTS** - 04/23/01; 04/26/01; 04/27/04; 05/07/01; 06/04/01; 06/18/01; **(2)** 07/02/01-m/compel; 07/06/01; 07/19/01; 08/07/01; **(2)** 08/29/01-m/sever; 09/10/01; 09/21/01; 10/29/01; 11/09/01-vanessa barut testimony; 11/09/01-janice neiderhofer testimony; 11/09/01-m/suppress; 12/13/01; 02/04/02; 02/07/02; **(2)** 03/07/02-m/compel discovery; 04/22/02; 05/09/02; 05/06/02; 05/08/02; **(2)** 05/16/02-pajardo m/compel discovery; 08/09/02; 08/13/02; 08/29/02-sepulveda cop; 08/29/02-atapuai cop; 09/16/02; 09/19/02; 10/28/02; 11/12/02; 11/27/02; 05/05/03; 05/06/03; 05/09/03; 05/15/03; 06/05/03; 09/08/03; **(2)** 09/11/03-barut's 7th m/compel; 09/26/03; 09/29/03; 10/06/03-pajardo cop; 10/06/03-fpc; 10/15/03; 10/31/03; 12/03/03-govt's opening; 12/03/03-deft's opening; 12/03/03-9:09am; 12/04/03; 12/05/03; 12/12/03; 12/16/03-barut's testimony; 12/16/03-pajardo's testimony; 12/18/03; 12/19/03; **(2)** 12/19/03-post verdict; 01/16/04; 01/20/04; 02/17/04; 02/18/04; 02/26/04; 03/04/04; 03/17/04; 03/29/04; 04/19/04; 05/13/04; 05/24/04; 05/25/04; 05/26/04; 05/27/04; 06/21/04; 01/03/05, 01/07/05, 05/12/05

and a certified copy of the docket sheet. Thank you.

Sincerely,

SUE BEITIA, Clerk

By: _____

Acknowledgment: _____

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

October 20, 2005

Honorable Mary M. McKeown
U.S. Court of Appeals
401 West A Street Ste 2000
San Diego, CA 92101

  In Re: U.S.A. vs. (04) JOSEPH PAJARDO
    Criminal No. CR 01-00160 SOM 04
    CA No. 04-10230

Dear Ms. Catterson,
Enclosed please find the record on appeal, for the above entitled case, consisting of the following:

Original clerk's pleadings:
**10 FILES**
Sealed document in expanding folder:
**83 DOCS** - #'s 795, 776, 639, 775, 769, 762, 759, 758, 751, 750, 749, 745, 742, 706, 705, 696, 691, 681, 677, 638, 633, 632, 627, 624, 621, 610, 609, 607, 606, 605, 604, 602, 599, 598, 597, 596, 581, 579, 578, 571, 565, 555, 543, 457, 455, 454, 453, 387, 382, 377, 374, 372, 368, 349, 211, 182, 133, 130, 129, 128, 127, 126, 125, 124, 123, 122, 121, 120, 119, 118, 117, 116, 115, 114, 113, 54, 53, 52, 51, 3-subpoenas & 1 letter from Barut
Reporters transcripts:
**83 TRANSCRIPTS** - 04/23/01; 04/26/01; 04/27/04; 05/07/01; 06/04/01; 06/18/01; (2) 07/02/01-m/compel; 07/06/01; 07/19/01; 08/07/01; (2) 08/29/01-m/sever; 09/10/01; 09/21/01; 10/29/01; 11/09/01-vanessa barut testimony; 11/09/01-janice neiderhofer testimony; 11/09/01-m/suppress; 12/13/01; 02/04/02; 02/07/02; (2) 03/07/02-m/compel discovery; 04/22/02; 05/09/02; 05/06/02; 05/08/02; (2) 05/16/02-pajardo m/compel discovery; 08/09/02; 08/13/02; 08/29/02-sepulveda cop; 08/29/02-atapuai cop; 09/16/02; 09/19/02; 10/28/02; 11/12/02; 11/27/02; 05/05/03; 05/06/03; 05/09/03; 05/15/03; 06/05/03; 09/08/03; (2) 09/11/03-barut's 7th m/compel; 09/26/03; 09/29/03; 10/06/03-pajardo cop; 10/06/03-fpc; 10/15/03; 10/31/03; 12/03/03-govt's opening; 12/03/03-deft's opening; 12/03/03-9:09am; 12/04/03; 12/05/03; 12/12/03; 12/16/03-barut's testimony; 12/16/03-pajardo's testimony; 12/18/03; 12/19/03; (2) 12/19/03-post verdict; 01/16/04; 01/20/04; 02/17/04; 02/18/04; 02/26/04; 03/04/04; 03/17/04; 03/29/04; 04/19/04; 05/13/04; 05/24/04; 05/25/04; 05/26/04; 05/27/04; 06/21/04; 01/03/05; 01/07/05; 05/12/05

and a certified copy of the docket sheet. Thank you.

            Sincerely,

            SUE BEITIA, Clerk

            By: _[signature]_

Acknowledgment: _[signature]_

## MEMORANDUM

TO:         Office of the Clerk
            United States District Court for the District of Hawaii

FROM:       Chambers of Hon. M. Margaret McKeown
            United States Court of Appeals for the Ninth Circuit
            401 W. A Street, Suite #2000
            San Diego, CA 92101

DATE:       April 5, 2006

RE:         United States v. Pajardo
            No. 04-10230
            D.C. No. CR-01-00160-4-SOM

            United States v. Barut
            No. 04-10360
            D.C. No. CR-01-00160-7-SOM

---

The record in the above-referenced cases are being returned to you. Thank you.

            3 Boxes, containing:
            Clerks Files in 10 Volumes
            Reporter's Transcripts in 83 Volumes
            Sealed Documents in Expanding Folder (83 documents)

cc:         Records Department
            Office of the Clerk
            United States Court of Appeals for the Ninth Circuit
            95 Seventh Street
            San Francisco, CA 94103

S:\Calendars Pre-2006\2005-CALENDARS\2005-11 Calendar\Barut\04-10360_rr.wpd