ORIGINAL

GLENN D. CHOY Hawaii Bar #1985
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007

Attorney for JOSEPH PAJARDO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH PAJARDO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR. NO. 01-00160-04 SOM<br><br>NOTICE OF HEARING<br>MOTION; MOTION<br>TO CONTINUE<br>RESENTENCING;<br>DECLARATION OF COUNSEL;<br>CERTIFICATE OF SERVICE<br><br>Motion Hearing Date:<br>Time:<br>Hon. Judge Susan Oki Mollway |

NOTICE OF HEARING MOTION

TO:   Assistant U.S. Attorney Michael Kawahara
      300 Ala Moana Blvd., Room 6-100
      Honolulu, Hawaii 96850

PLEASE TAKE NOTICE that the attached motion will be heard before the Honorable Susan Oki Mollway, Judge of the above-entitled court, in her courtroom at the Prince Kuhio Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____ ___, 2006, at ____ a.m./p.m., or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, September 12, 2006.

GLENN D. CHOY
Attorney for JOSEPH PAJARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00160-04 SOM |
| | ) | |
| Plaintiff, | ) | MOTION TO CONTINUE |
| | ) | RESENTENCING |
| v. | ) | TO CONTINUE |
| | ) | RESENTENCING; |
| JOSEPH PAJARDO, | ) | DECLARATION OF COUNSEL; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | |

MOTION TO CONTINUE RESENTENCING

COMES NOW Defendant JOSEPH PAJARDO, by and through his court-appointed attorney, GLENN D. CHOY and hereby moves this Honorable Court to enter an Order continuing resentencing from the presently-set date of September 25, 2005 at 9:45 a.m., for reasons set forth in the attached Declaration of Counsel.

This motion is based on F.R.Cr.P. 12(b), 47, Crim. LR 57.9, the attached Declaration of Counsel attached hereto and made a part hereof, and such argument as may be made at hearing.

DATED: September 12, 2006.

/s/ Glenn Choy
GLENN CHOY
Attorney for JOSEPH PAJARDO

2