**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on the date of filing:

    MICHAEL KAWAHARA
    Assistant United States Attorney
    300 Ala Moana Boulevard, Room 6100
    Honolulu, Hawaii  96813
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

DATED:   Honolulu, Hawaii, September 12, 2006.

                          /s/ Glenn D. Choy
                          GLENN D. CHOY
                          Attorney for Defendant