GLENN D. CHOY Hawaii Bar #1985
Attorney at Law
735 Bishop Street, Suite 322
Honolulu, HI 96813
Telephone: (808) 533-7007



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 03 2007

at 12 o'clock and 30 min P M
SUE BEITIA, CLERK

Attorney for JOSEPH PAJARDO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00160 [04] SOM |
| ) | |
| Plaintiff, ) | NOTICE OF APPEAL; |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| JOSEPH PAJARDO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NOTICE OF APPEAL

Notice is hereby given that the Defendant-Appellant JOSEPH PAJARDO, by and through Glenn D. Choy, Defendant-Appellant's Court-Appointed attorney, pursuant to Fed. R. App. P. 4(b) and Rule 300-2, Rules of the United States District Court for the District of Hawaii, appeals to the United States Court for the District of Hawaii from the Amended Judgment of Conviction and Sentence of United States District Judge Susan Oko Mollway filed on April 27, 2007.

DATED at Honolulu, Hawaii: May 3, 2007.

_____
GLENN D. CHOY
Attorney for Defendant-Appellant
JOSEPH PAJARDO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was duly served on the following party at their last known address by mail on the date of filing.

> MICHAEL KAWAHARA, Esq.
> Assistant U.S. Attorney
> Room 6100, Prince Kuhio Federal Bldg.
> 300 Ala Moana Blvd.
> Honolulu, Hawaii

DATED:   Honolulu, Hawaii, May 3, 2007.

/s/ Glenn Choy
Glenn Choy
Attorney for Defendant-Appellant
JOSEPH PAJARDO

2