# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

May 4, 2007

Michael K. Kawahara
Office of the U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd. Ste 6100
Honolulu, HI 96850

IN RE:      U.S.A v. Joseph Pajardo
CR NO.      CR 01-00160 SOM-04

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 3, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By _____
Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
       Glenn Choy, Esq.
          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet

Memorandum                                                                           Date: May 4, 2007

To:     Parties in U.S. vs. Joseph Pajardo

        D.C. No.: CR 01-00160 SOM-04

From:   Clerk, United States District Court

        By: Criminal Appeals, deputy Clerk

Re:     Criminal Appeals Expediting Program


        The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

        A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

        If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. JOSEPH PAJARDO (04)

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 01-00160 SOM-04

II. **DATE NOTICE OF APPEAL FILED:** 5/3/07

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**            **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**    YES

   **IF YES, SHOW DATE:**    CJA, 4/19/06

   **WAS F.P. STATUS REVOKED:**       **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Erin Taniguchi

---

AMENDED NOTIFICATION _____  PAID _____  F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

TO:      Clerk, U.S. Court of Appeals                                Date: May 4, 2007

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:     U.S.A. vs Joseph Pajardo

U.S.D.C CASE NO.    CR 01-00160 SOM-04

U.S.D.C. JUDGE:     Susan Oki Mollway

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED: Third Superseding Indictment filed   11/20/02

APPEALED ORDER FILED:     4/27/07

NOTICE OF APPEAL FILED:   5/3/07

## COUNSEL INFORMATION

APPELLANT:                          APPELLEE:
Glenn Choy, Esq.                    Michael K. Kawahara
735 Bishop Street, Suite 322        Office of the U.S. Attorney
Honolulu, HI 96813                  PJKK Federal Building
Ph. (808) 533-7007                  300 Ala Moana Blvd. Ste 6100
                                    Honolulu, HI 96850
                                    Ph. (808) 541-2850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                            CUSTODY:         ✓
                                    BAIL:            __
                                    COUNSEL WAIVED:  __
F/P GRANTED:  __

                                    COURT REPORTER(S):  Debra Chun, Cynthia
NO OF DAYS OF TRIAL:  N/A                               Fazio, ESR