UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 14 2007
4:30 p-
DISTRICT OF HAWAII

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   SHORT CASE TITLE:   U.S.A. vs. JOSEPH PAJARDO (04)

   U.S. COURT OF APPEALS DOCKET NUMBER: 7-10236

   U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII

   U.S. DISTRICT COURT DOCKET NUMBER: CR 01-00160 SOM-04

II   DATE NOTICE OF APPEAL FILED:   5/3/07

FILED
MAY 10 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

III   U.S. COURT OF APPEALS PAYMENT STATUS:

   DOCKET FEE PAID ON:          AMOUNT:
   NOT PAID YET:                BILLED:
   U.S. GOVERNMENT APPEAL:      FEE WAIVED:
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?   YES
   IF YES, SHOW DATE:   CJA, 4/19/06
   WAS F.P. STATUS REVOKED:     DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV   COMPANION CASES, IF ANY:

V.   COMPLETED IN THE U.S. DISTRICT COURT BY:

   Erin Taniguchi

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)