UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 27 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JOSEPH PAJARDO,

    Defendant - Appellant.

No. 07-10236

D.C. No. CR-01-00160-SOM
District of Hawaii, Honolulu

ORDER

Before: Peter L. Shaw, Appellate Commissioner

    The appellee's unopposed motion for an extension of time in which to file the answering brief is granted. The answering brief is due November 2, 2007. The optional reply brief is due within 14 days after service of the answering brief. Court records do not currently reflect that the district court has issued the certificate of record. The appellant shall monitor the issuance of the certificate.

Peter L. Shaw

General Order 6.3(e)

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 29 2007
DISTRICT OF HAWAII

promo commissioner 8.20.07/tah