**FILED**
**NOV 0 2 2007**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 07-10236 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-01-00160-SOM |
| v. | District of Hawaii, Honolulu |
| JOSEPH PAJARDO, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The appellee's unopposed motion for a second extension of time in which to file the answering brief is granted. The answering brief is due December 3, 2007.

The optional reply brief is due within 14 days after service of the answering brief.

*Peter L. Shaw*
General Order 6.3(e)

promo commissioner 10.29.07/tah

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 05 2007
DISTRICT OF HAWAII