12/04 (A0243)

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 22 2008

at ____ o'clock and ____ min. ____ M.
SUE BEITIA, CLERK

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | | District HONOLULU, HAWAII |
|---|---|---|
| Name (under which you were convicted): JOSEPH PAJARDO | | Docket or Case No.: 01-00160-04 SOM |
| Place of Confinement: F.C.I. ATLANTA | | Prisoner No.: 88110-022 |
| UNITED STATES OF AMERICA | | Movant (include name under which you were convicted) |
| | v. | JOSEPH PAJARDO |

### MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

   (b) Criminal docket or case number (if you know): CR-01-00160-4-SOM

2. (a) Date of the judgment of conviction (if you know): APRIL 21, 2001

   (b) Date of sentencing: MARCH 29, 2004

3. Length of sentence: 215 MONTHS

4. Nature of crime (all counts): (4) COUNTS TOTAL  21 U.S.C. 846; 21 U.S.C. 843(B); 21 U.S.C. 841(A)(1)( AND 18 U.S.C. SECTION 2 (CONSPIRACY TO KNOWINGLY AND INTENTIONALLY DISTRIBUTE AND POSSESSION W/INTENT TO DISTRIBUTE MORE THAN (50) GRAMS OF METH; USE OF TELEPHONE TO FACILITATE CONSPIRACY TO DISTRIBUTE MORE THAN (50) GRAMS OF CRYSTAL METH.; AND POSSESSION W/INTENT TO DISTRIBUTE ABOUT (4) POUNDS OF CRYSTAL METH.

5. (a) What was your plea? (Check one)

   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐ N/A

Page 3

7.  Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☐ N/A

8.  Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9.  If you did appeal, answer the following:

(a) Name of court: U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

(b) Docket or case number (if you know): 04-10230

(c) Result: DISMISSED IN PART; REMANDED IN PART

(d) Date of result (if you know): JAN. 9, 2006 (SENTENCE REDUCTION [197 MONTHS])

(e) Citation to the case (if you know): UNKNOWN

(f) Grounds raised: VIOLATION OF U.S. v. BOOKER (DRUG AMOUNTS & FIREARM POSSESSION NOT ADMITTED NOR PROVED BEYOND REASONABLE DOUBT; AND DISTRICT COURT ERRED IN DENYING MOTION FOR DOWNWARD DEPARTURE.

(g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

If "Yes," answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

(5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

Page 4

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ❑  N/A

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?    Yes ❑  No ❑  N/A

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:      Yes ❑  No ❑  N/A

(2) Second petition:   Yes ❑  No ❑  N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly
why you did not: DEFENSE COUNSEL NEGLECTED ADVISING
DEFENDANT AND DEFENDANT DID NOT KNOW.

12. For this motion, state every ground on which you claim that you are being held in violation of the
Constitution, laws, or treaties of the United States. Attach additional pages if you have more
than four grounds. State the facts supporting each ground.

GROUND ONE: INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
ATTORNEY DID NOTHING TO ASSIST DEFENDANT IN ANY
MITIGATING DEFENSE.

ATTORNEY'S LACK OF RULE 11 OBJECTION.

LACK OF ADVERSARIAL DEFENSE.

DEFENSE ATTORNEY'S COMPETENCE IN EFFECTIVE DEFENSE.
(MOTION FOR DISCOVERY TO GAIN EVIDENCE SUBMITTABLE
TO THIS COURT.)

(b) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐    No ☒
   (2) If you did not raise this issue in your direct appeal, explain why: SAME LEGAL
COUNSEL FOR APPEAL. DEFENSE COUNSEL NEVER ADVISED
AS TO AVAILABILITY.

(c) Post-Conviction Proceedings:
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition: _____ N/
   Name and location of the court where the motion or petition was filed: ___ /A



Page 6

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ /A

Result (attach a copy of the court's opinion or order, if available): _____ N/
_____ /A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐ N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐ N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐    No ☐ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/
_____

Docket or case number (if you know): _____ /A

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/
_____ /A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: DEFENSE COUNSEL INEFFECTIVENESS AND
LACK OF DEFENDANT'S LEGAL KNOWLEDGE.

GROUND TWO: TITLE 18 IS UNCONSTITUTIONAL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
CONGRESSIONAL RECORDS SHOW CONGRESS CONDUCTING
TITLE 18 BUSINESS WHILE OUT OF SESSION & WITHOUT A
'QUORUM' OF ITS' MEMBERS.

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑    No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: INEFFECTIVE ASSISTANCE OF COUNSEL & DEFENDANT LACK OF LEGAL KNOWLEDGE

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑    No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ N/A

    Name and location of the court where the motion or petition was filed: _____ N/A

    Docket or case number (if you know): _____

    Date of the court's decision: _____ N/A

    Result (attach a copy of the court's opinion or order, if available): _____ N/A

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑    No ❑ N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑    No ❑ N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑    No ❑ N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____ N/A

    Docket or case number (if you know): _____

    Date of the court's decision: _____ N/A

    Result (attach a copy of the court's opinion or order, if available): _____ N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: DEFENSE COUNSEL INEFFECTIVENESS AND DEFENDANT'S LACK OF LEGAL KNOWLEDGE.

GROUND THREE: VIOLATION OF F.R.C.P. RULE 11

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
NECESSITY FOR PROPER COURTROOM COLLOQUY FOR DEFENDANT NOT PERFORMED.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: INEFFECTIVE ASSISTANCE OF COUNSEL & DEFENDANT LACK OF LEGAL KNOWLEDGE

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☐ N/A

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☐ N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☐ N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): N/A

Date of the court's decision: N/A

Result (attach a copy of the court's opinion or order, if available): N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: DEFENSE COUNSEL INEFFECTIVENESS AND DEFENDANT'S LACK OF LEGAL KNOWLEDGE.

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

N/A

(b)  Direct Appeal of Ground Four:

　　(1) If you appealed from the judgment of conviction, did you raise this issue?

　　　　Yes ☐  No ☐  N/A

　　(2) If you did not raise this issue in your direct appeal, explain why:  N/A

(c)  Post-Conviction Proceedings:

　　(1) Did you raise this issue in any post-conviction motion, petition, or application?

　　　　Yes ☐  No ☐  N/A

　　(2) If your answer to Question (c)(1) is "Yes," state:

　　Type of motion or petition: _____  N/A

　　Name and location of the court where the motion or petition was filed:  A

　　Docket or case number (if you know): _____  N/A

　　Date of the court's decision: _____  A

　　Result (attach a copy of the court's opinion or order, if available): _____  N/A

　　(3) Did you receive a hearing on your motion, petition, or application?

　　　　Yes ☐  No ☐  N/A

　　(4) Did you appeal from the denial of your motion, petition, or application?

　　　　Yes ☐  No ☐  N/A

　　(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

　　　　Yes ☐  No ☐  N/A

　　(6) If your answer to Question (c)(4) is "Yes," state:

　　Name and location of the court where the appeal was filed:  N/A

　　Docket or case number (if you know): _____

　　Date of the court's decision: _____  N/A

　　Result (attach a copy of the court's opinion or order, if available): _____  A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

N/A

13. Is there any ground in this motion that you have _not_ previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: UNCONSTITUTIONALITY OF TITLE 18, & F.R.C.P. RULE II.

DEFENSE ATTORNEY'S INEFFECTIVENESS & DEFENDANT'S LACK OF LEGAL KNOWLEDGE.

14. Do you have any motion, petition, or appeal _now pending_ (filed and not decided yet) in any court for the judgment you are challenging?     Yes ☐  No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: JERRY WILSON      ADDRESS NOT KNOWN.

(b) At arraignment and plea: GLENN CHOY     735 BISHOP ST. SUITE 322 HONOLULU, HAWAII 96813
(c) At trial: N/A

(d) At sentencing: SAME AS AT ARRAIGNMENT AND PLEA.

Page 12

(e) On appeal: _SAME AS ABOUE_____

(f) In any post-conviction proceeding: _____N/A_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____N/A_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____N/A_____

(b) Give the date the other sentence was imposed: _____N/A_____

(c) Give the length of the other sentence: _____N/A_____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐  No ☐  N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

N/A

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 14

Therefore, movant asks that the Court grant the following relief: A CORRECTION OF
SENTENCE TO A MORE APPLICABLE LOWER RANGE.

or any other relief to which movant may be entitled.

_____ N / A _____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on ____ 2-
19 - 08 ____ (month, date, year).

Executed (signed) on 2-14-08 ____ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]
* * * * *