CR 01-00160 SOM-04

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# CERTIFICATE OF SERVICE

FEB 22 2008

at  10  o'clock and  704  min.  ___M.
SUE BEITIA, CLERK

I, Joseph Pajardo, FEDERAL NO. 88110-022, DO ATTEST, AFFIRM, AND AVER UNDER PENALTY OF PERJURY THAT A TRUE AND COMPLETE COPY OF THIS ENCLOSED 28 U.S.C. §2255 AND THE ADDITIONAL ACCOMPANYING MOTION FOR DISCOVERY HAVE BEEN MAILED FIRST CLASS VIA THIS INSTITUTION'S LEGAL MAIL ROOM DROP TO ALL BELOW LISTED PARTIES.

UNITED STATES DISTRICT COURT
HONOLULU, HAWAII
300 ALA MOANA BLVD.
ROOM C-409
HONOLULU, HAWAII 96850

UNITED STATES ASSISTANT
DISTRICT ATTORNEY
PJKK FEDERAL BUILDING
300 ALA MOANA BLVD.
ROOM 6100
HONOLULU, HAWAII 96850

DATED: 2-19-08