JOSEPH PAJARDO
FED. NO. 98110-022
U.S.P. ATLANTA
P.O. BOX 150160
ATLANTA, GEORGIA 30315

LEGAL MAIL

HONORABLE SUSAN O. MOLLWAY
U.S. DISTRICT COURT JUDGE
300 ALA MOANA BOULEVARD
ROOM C-409
HONOLULU, HAWAII 96850

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 22 2008
DISTRICT OF HAWAII



