IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA 07-10236    U.S. District Court Case No. Cr 01-00160 SOM

Short Case Title    USA v. Pajardo

Date Notice of Appeal Filed by Clerk of District Court    5/3/07

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 4/16/07 ✓ | | Other (please specify) Sentencing |

Transcript Filed on 6/26/07

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 25 2007
at 12 o'clock and 55 min P M
SUE BEITIA, CLERK

Debra Chun

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(x) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered    5/25/07    Estimated date for completion of transcript    6/23/07

Print Name of Attorney    Glenn D. Choy    Phone Number    [808] 533-7007

Signature of Attorney

Address 735 Bishop St. #322, Honolulu, HI 96813

SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 18 2008
at 8 o'clock and 30 min A M
SUE BEITIA, CLERK

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature _____

Transcript completed/Filed 6/26/07

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    04/18/08    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK