United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   April 23, 2008

To:   United States Court of Appeals      Attn:   ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                               (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )   Judge

From:   United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:            CR 01-00160SOM-04          Appeal No:     07-10236

Short Title:      USA v. Pajardo

| | | |
|---|---|---|
| Clerk's Files in | 10 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 11 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #638

Acknowledgment: _____     Date: _____

cc: counsel