**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 16 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>v.<br><br>JOSEPH PAJARDO,<br><br>　　　　Defendant - Appellant. | No. 07-10236<br>D.C. No. CR-01-00160-SOM<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 21 2008

at 11 o'clock and ___ min. __M.
SUE BEITIA, CLERK

　　The judgment of this Court, entered 06/24/2008, takes effect this date.

　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　/S/

　　　　　　　　　　　　　　　　By: Theresa Benitez
　　　　　　　　　　　　　　　　Deputy Clerk